[No. 5427–6–III. Division Three. May 24, 1984.]

JAMES E. HAKE, *Respondent,* v. EPHRATA MEDICAL CENTER, P.S., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 31127–C, James R. Thomas, J., entered September 17, 1982. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by McInturff and Thompson, JJ.

[No. 6255–4–III. Division Three. May 24, 1984.]

*In the Matter of the Personal Restraint of*
MICHAEL THOMAS EDE, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5733–0–III. Division Three. May 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD JEROME PIEKKOLA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–1–00327–5, Duane E. Taber, J., entered March 9, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.